```
McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 06-cr-0050 MCE |
| Plaintiff, ) | |
| v. ) | ORDER |
| JAMES LEROY KEARNEY, ) | |
| Defendant. ) | |

**ORDER**

Having considered the government's motion, it is hereby ordered that the Indictment currently pending against defendant James Leroy Kearney be dismissed.

Dated: April 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE